

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-22-00068-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

On February 3, 2022, relator filed a petition for writ of mandamus. On March 21, 2022, relator filed a motion to withdraw its mandamus petition based on the trial court's entry of a final judgment disposing of relator's forfeiture suit. Accordingly, relator's motion to withdraw its petition is GRANTED and this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on April 13, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 20-04-38777-MCVAJA, styled *State of Texas v. Six Hundred Eight Thousand One Hundred Seventy-Seven Dollars and No Cents in United States Currency and 2007 Chevrolet G-3500 Van VIN# 1GAHG39U971127428*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.